**Order entered October 31, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01456-CV

**JUDY HARALSON EDWARDS, Appellant**

**V.**

**JAMES O. EDWARDS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05457-C**

## ORDER

The Court has before it the motion of appellant Judy Haralson Edwards to stay execution of a writ of possession. "A judgment of a county court may not under any circumstances be stayed pending appeal unless, within 10 days of the signing of the judgment, the appellant files a supersedeas bond in an amount set by the county court." TEX. PROP. CODE ANN. § 24.007 (West Supp. 2012).

The documents before the Court reflect that the trial court's judgment was signed on October 17, 2013, and appellant did not file a supersedeas bond within ten days of that date. Accordingly, we **DENY** the motion to stay execution of the writ of possession.

/s/      ELIZABETH LANG-MIERS
JUSTICE